STATE OF NEW JERSEY v. LEVIN H. MATTHEWS.

January 30, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN M. SAULNIER.

January 30, 1973. Petition for certification granted.

MARY WILLIAMS v. AMERICAN HOME ASSURANCE CO.

January 30, 1973. Petition for certification denied. (See 121 *N. J. Super.* 351)

STATE OF NEW JERSEY v. ANDREW ZACKERY.

January 30, 1973. Petition for certification denied.

JAMES LIGHT, JR. v. FRANK VECCHIARELLO & HUNT WESSON FOODS, INC.

January 30, 1973. Petitions for certification denied.

STATE OF NEW JERSEY v. CORNELIUS MURPHY.

January 30, 1973. Petition for certification denied.